IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DIEGO TOVAR, :
    Plaintiff :
:
vs. : CIVIL NO. 1:CV-09-1169
:
KENT WATKINS, et al., :
    Defendants :

*O R D E R*

AND NOW, this 2nd day of March, 2010, upon consideration of the report and recommendation of the magistrate judge (doc. 48), filed January 5, 2009, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report is adopted.

    2. Plaintiff William Baldwin's motion to dismiss (doc. 24) is granted and the claims against him are dismissed.

    3. Plaintiff Frederick Fanelli's motion to dismiss (doc. 31) is granted and the claims against him are dismissed.

    4. Plaintiff Jeffrey Markosky's motion to dismiss (doc. 34) is granted and the claims against him are dismissed.

    5. The Schuylkill County Defendant's motion to dismiss (doc. 38) is granted and the claims against the Schuylkill County District Attorney's Office, the Schuylkill County Sheriff's Office, the Schuylkill County Public Defender's Office, the Schuylkill County Clerk of Courts, Anthony Carroll, Dennis Clark, Gene Berdanier, David Wapinsky, Michael Flannery, Kent Watkins and James Goodman are dismissed.

    6. Plaintiff Brandon Piekarsky's motion to dismiss (doc. 42) is granted and the claims against him are dismissed.

7. Tammy Piekarsky is dismissed from the action for the reasons stated in the magistrate judge's report.

8. The Clerk of Court shall close this file.

/s/William W. Caldwell
William W. Caldwell
United States District Judge